**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| JOHN COLBY ROCKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-cv-00423 |
| ) | |
| NAVIENT SOLUTIONS, INC. *f/k/a* ) | |
| SALLIE MAE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Plaintiff, JOHN COLBY ROCKEY, and Defendant, NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC. through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: September 23, 2016

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
IL State Bar #: 6281600
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

RESPECTFULLY SUBMITTED,

By: /s/ Justin Opitz
Adam C. Ragan, SBN: 24079172
aragan@mcguirewoods.com
Justin Opitz, SBN: 24051140
jopitz@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

## **CERTIFICATE OF SERVICE**

      On September 23, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

                                                 By: /s/ Michael S. Agruss
                                                      Michael S. Agruss